**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD BOLLING,

        Plaintiff,                         No. C 07-2432 PJH (PR)

   vs.                                 **ORDER OF DISMISSAL**

B. CURRY, et al.,

        Defendants.

     This pro se civil rights action was filed on May 7, 2007. On that same day the court notified plaintiff that his application for leave to proceed in forma pauperis was deficient because it lacked a Certificate of Funds and a printout of transactions in his inmate account as required by 28 U.S.C. § 1915(a)(2). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not remedy the deficiencies or pay the fee within thirty days the case would be dismissed. No response has been received.

     This case therefore is **DISMISSED** without prejudice. The clerk shall close this file. No fee is due.

**IT IS SO ORDERED.**

Dated: June 28, 2007.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

G:\PRO-SE\PJH\CR.07\BOLLING432.DSIFP