**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD BOLLING,

        Plaintiff,                  No. C 07-2432 PJH (PJH)

  vs.                                **JUDGMENT**

B. CURRY, et al.,

        Defendants.

_____/

    Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 28, 2007.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

G:\PRO-SE\PJH\CR.07\BOLLING432.JUD